JAMES J. MURPHY *vs.* THE CONNECTICUT COMPANY
ET AL.

First Judicial District.
Argued October 5th—decided December 19th, 1911.

ACTION to recover damages for personal injuries alleged to have been caused by the defendants' negligence, brought to the Superior Court in Hartford County and tried to the jury before *Burpee, J.;* verdict and judgment for the plaintiff for $13,667, and appeal by the defendant. *No error.*

*John T. Robinson,* for the appellants (defendants).

*Hugh M. Alcorn,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in Hartford County.